# CERTIFICATE NOTICE OF APPEAL BY THE STATE
## COUNTY COURT AT LAW NO. _5_

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
4/7/2015 11:51:44 AM
KEITH E. HOTTLE
Clerk

THE STATE OF TEXAS VS. TIMOTHY LYNN SIMON   CAUSE NO. 458782

1. Has counsel for defendant filed a motion for new trial? _____ Yes X No

  If so, date filed N/A Date motion granted/denied N/A Date new trial held ___ N/A

2. The defendant's Motion to Suppress on the offense of: DRIVING WHILE INTOXICATED.
   Granted on: 03/19/2015.

3. The Honorable JOHN A. LONGORIA presided at the hearing.

4. The state was represented by: ROBERT B. MCGANN

5. The state is represented by: ROBERT B. MCGANN

6. The defendant was represented by: JOSEPH HOELSCHER

7. The defendant is represented by: JOSEPH HOELSCHER

| 210-222-9132 | 24042972 | 115 E. TRAVIS ST., STE 1500, SAN ANTONIO, TX 78205 |
|---|---|---|
| PHONE | BAR NUMBER | ADDRESS |

8. Defendant's counsel on appeal is:     Retained N/A Appointed N/A pro se N/A

9. The trial was before the court:   A. Without a Jury N/A
                                      B. A jury on guilt only N/A
                                      C. A jury on punishment only N/A
                                      D. jury on both guilt and punishment N/A

10. The Motion to Suppress was granted on 03/19/2015

11. Date written notice of appeal was filed 04/02/2015

12. Defendant is:  in jail N/A Free on bond in the amount of $N/A.

13. Name and address of the court reporter who reported the evidence: LICHE M. CAVAZOS, 300 DOLOROSA, STE 4191, SAN ANTONIO, TEXAS 78205

14. If two or more cases were tried together, the other cases that have been or may be appealed are:
    (Name and cause #) N/A
**************************************************************************************

WITNESS MY HAND THIS THE 02ND DAY OF APRIL, 2015.

_____                         GERARD RICKHOFF_____
COURT REPORTER                          CLERK OF COUNTY COURT AT LAW NO 5 BEXAR CO. TEXAS
                                              BY DEPUTY _____

RECEIVED BY KEITH E. HOTTLE, CLERK OF THE 4TH COURT OF APPEAL
By _____ DATE: _____

ORIGINAL

2015 APR -2 PM 1: 58

| STATE *of* TEXAS, | § | IN THE COUNTY COURT |
| *Appellant* | § | |
| *v.* | § | AT LAW NO. 5 |
| TIMOTHY LYNN SIMON, | § | |
| *Appellee* | § | BEXAR COUNTY, TEXAS |

## NOTICE OF APPEAL, CERTIFICATION, AND REQUEST FOR STAY

NOW COMES the State of Texas, by and through Nicholas "Nico" LaHood, Criminal District Attorney of Bexar County, Texas, with the filing of this Notice of Appeal and Request for Stay in the above styled criminal cause.

## I. NOTICE OF APPEAL

Pursuant to Article 44.01(a)(5) of the Texas Code of Criminal Procedure, the State hereby appeals this Court's order granting the defendant's Motion to Suppress Evidence. The order was orally granted on March 19, 2015 and signed and entered on April 1, 2015. The State's Notice of Appeal is due to be filed on or before April 21, 2015.

## II. CERTIFICATION THAT THE APPEAL IS NOT TAKEN FOR PURPOSES OF DELAY

I, Nicholas "Nico" LaHood, Criminal District Attorney of Bexar County, Texas, the prosecuting attorney in this case, hereby certify to this Court that the appeal in the above styled and numbered cause is not taken for the purpose of delay and that the issues to be presented are of substantial importance to the case.

1

## III. REQUEST FOR STAY OF PROCEEDINGS IN THE TRIAL COURT

Pursuant to Article 44.01(e) of the Texas Code of Criminal Procedure, the State is entitled to a stay in the proceedings pending the disposition of an appeal under Subsection (a) or (b) of Article 44.01. This appeal is taken pursuant to article 44.01(a) of the Texas Code of Criminal Procedure. Therefore, the State respectfully requests that this court stay all proceedings in this matter pending disposition of the State's appeal.

Respectfully submitted,

NICHOLAS "NICO" LAHOOD
*Criminal District Attorney*
Bexar County, Texas
101 West Nueva, Seventh Floor
San Antonio, Texas 78205
Voice: (210) 335-2342
Fax: (210) 335-2884
State Bar No. 24030360
*Attorney for the State*

2

## CERTIFICATE OF SERVICE

I, Nathan E. Morey, assistant criminal district attorney of Bexar County, Texas, hereby certify that a true copy of the above and foregoing document is being delivered via mail and fax to Joseph Hoelscher.

NATHAN E. MOREY
*Assistant Criminal District Attorney*
State Bar No. 24074756
101 West Nueva, Suite 720
San Antonio, Texas 78205
Phone: (210) 335-2414
Fax: (210) 335-2436
Email: nathan.morey@bexar.org
*Attorney for the State*

cc: JOSEPH F. HOELSCHER, II
*Attorney at Law*
State Bar No. 24042972
115 East Travis, Suite 1500
San Antonio, Texas 78205
Voice: (210) 222-9132
Fax: (210) 223-7455
*Attorney for the Defendant/Appellee*